UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

          Plaintiff,

v.

OTIS EUGENE LEWIS, *et al.*,

          Defendants.

Case No. C21-1308-RSL-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    Plaintiff's application to proceed with this action *in forma pauperis* (Dkt. # 1) is DENIED;

    (3)    Plaintiff is directed to pay the $402.00 filing fee within **thirty (30)** days of the date on which this Order is signed. Failure to timely submit the filing fee will result in termination of this action;

ORDER - 1

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 8th day of November, 2021.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER - 2